# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO.:

KIARA CRUZ,

      Plaintiff,

vs.

LULULEMON ATHLETICA INCORPORATED,
a Delaware corporation,

      Defendant.

_____/

## CERTIFICATE OF INTERESTED PERSONS AND RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant LULULEMON ATHLETICA INCORPORATED hereby affirms that it is a publicly-traded company and has no subsidiaries, affiliates, parent corporations, or publicly-held corporations owning 10% or more of its stock. Defendant identifies the following interested parties:

1)    Lululemon Athletica Incorporated

2)    Kiara Cruz

3)    Counsel to each party to this action.

EAST\165181224.1

Dated: March 4, 2019

Respectfully submitted,

**DLA PIPER LLP (US)**

By: */s/ Fredrick H.L. McClure*
Fredrick H.L. McClure (FBN 147354)
fredrick.mcclure@dlapiper.com
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel. 305.423.8522
Fax. 305.437.8131

*Counsel for Defendant Lululemon Athletica Inc*

EAST\165181224.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or plaintiff identified on the below Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Fredrick H.L. McClure*
Fredrick H.L. McClure

**Service List**

Howard W. Rubinstein
The Law Office of Howard W. Rubinstein
4000 N. Ocean Dr. Apt. 201
Singer Island, FL 33404
howardr@pdq.net

*Counsel for Plaintiff*