UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 9:19-cv-80296-KAM

KIARA CRUZ,

    Plaintiff,

vs.

LULULEMON ATHLETICA INCORPORATED,
a Delaware corporation,

    Defendant.
_____/

## ORDER OF REMAND

THIS CAUSE comes before the Court pursuant to Defendant's Notice of Voluntary Remand, filed on March 6, 2019. The Court having reviewed the notice, and being otherwise fully advised in the premises, finds that the notice is well taken. Accordingly, it is hereby

ORDERED AND ADJUDGED as follows:

1. This action is remanded to the County Court in and for the Fifteenth Judicial Circuit, Palm Beach County, Florida. The Clerk of the Court is directed to take all necessary steps and procedures to effect remand of the above action. This case is closed. *All pending motions are denied as moot.*

2. The parties shall bear their own costs and attorneys' fees.

DONE AND ORDERED in Chambers this 6th day of March, 2019.

                                                Kenneth A. Marra
                                                United States District Judge

Copies furnished to:
Counsel of Record